UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL, <br> AIS No. 310705, <br>     Plaintiff, <br> v. <br> THE HOUSTON COUNTY SHERIFF'S <br> DEPT. and JAIL, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CASE NO. 1:22-CV-272-WHA-CSC <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on October 11, 2022. Doc. 11 There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction.

Final Judgment will be entered separately.

Done, this 2nd day of November 2022.

                                                   /s/  W. Harold Albritton
                                                   W. HAROLD ALBRITTON
                                                   SENIOR UNITED STATES DISTRICT JUDGE